## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Osteologic, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Roger Pedersen and Primary Surgical, Inc., <br><br> Defendants. | Civil No. 11cv737 PAM/JJK <br><br> **ORDER** |

Pursuant to the Stipulation of the parties dated July 21, 2011, this matter is hereby dismissed on the merits with prejudice and without costs or disbursements being awarded to either party.

Dated:  July 25 , 2011          s/Paul A. Magnuson
                                Paul A. Magnuson
                                Judge of U.S. District Court